IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
|     Plaintiff, § | | |
| § | | |
| V. § | | CR. No. C-08-318 (17) |
| § | | |
| CHRISTINA GUEVARA CARDENAS, § | | |
|     Defendant. § | | |

## MEMORANDUM OPINION AND ORDER
## DENYING LETTER MOTION TO RECONSIDER

By Order signed on September 20, 2009 and entered September 24, 2009, the Court denied Christina Guevara Cardenas' letter motion to reduce sentence. (D.E. 692 (denying D.E. 686).) On June 10, 2010, Cardenas sent another letter to the Court, in which she asks that this Court reconsider the denial of her previous letter motion. (D.E. 760.) Her letter motion to reconsider is pending before the Court and addressed herein.

As Cardenas did in her September 2009 letter, she again indicates that she has worked extremely hard to improve herself and obtain further education. (D.E. 760 at 1; see also id. at 2 (a copy of her education transcript while incarcerated).) She also expresses that she believes her "76 month sentence seems especially long in light of her involvement" in the offense. She contends that she was treated more harshly than other co-conspirators because she could not give the U.S. Attorney any useful information on people she was questioned about. (Id.)

1

For the same reasons set forth in the Court's prior order (D.E. 692), the Court does not have authority to reduce Cardenas' sentence. Accordingly, her letter motion for reconsideration (D.E. 760) is DENIED.

It is so ORDERED this _26_ day of July, 2010.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE